1  JEANE HAMILTON (CA State Bar No. 157834)
   NATHANAEL M. COUSINS (CA State Bar No. 177944)
2  DAVID J. WARD (CA State Bar No. 239504)
   U.S. Department of Justice
3  450 Golden Gate Avenue
   Box 36046, Room 10-0101
4  San Francisco, CA 94102
   Telephone: (415) 436-6660
5  Email: david.ward2@usdoj.gov

6  Attorneys for the United States

FILED
DEC 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11
   UNITED STATES OF AMERICA,           )    No. CR 07-0765 PJH
12                                      )
              Plaintiff,                )    UNITED STATES' MOTION TO
13                                      )    SEAL THE FOLLOWING:
                                        )    WITHDRAWAL OF NOTICE OF
14                                      )    RELATED CASES IN A CRIMINAL
              v.                        )    MATTER, MOTION TO SEAL AND
15                                      )    [PROPOSED] ORDER
   MENDEL BEKER, a.k.a.                 )
16 Mikhail Lvovich, a.k.a. Michael Beker,)   ~~(FILED UNDER SEAL)~~
   ARIE PRILIK and                      )
17 NEWCON INTERNATIONAL LTD.            )
                                        )
18            Defendants.               )
                                        )
19

20      The government hereby moves the Court for an order sealing this motion, the

21 Withdrawal of Notice of Related Cases in a Criminal Action, and the sealing order, until

22 further order of the Court. The defendants reside in Canada. The government believes

23 that disclosure of the existence of the criminal indictment, which would occur if the

24 Withdrawal of Notice of Related Cases was filed publicly, might jeopardize the progress

25 //

26 //

27 //

28 //
   MOTION TO SEAL: CR 07-0765 PJH - PAGE 1

1 of an ongoing criminal investigation, in that disclosure might assist the defendants to
2 avoid arrest.

5 DATED: December 11, 2007                    Respectfully submitted,

*[signature]*

DAVID J. WARD
Attorney, Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660
Email: david.ward2@usdoj.gov

MOTION TO SEAL: CR 07-0765 PJH - PAGE 2