**FILED**

APR **1 5** 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JEANE HAMILTON (CA State Bar No. 157834)
   NATHANAEL M. COUSINS (CA State Bar No. 177944)
2  DAVID J. WARD (CA State Bar No. 239504)
   Antitrust Division
3  U.S. Department of Justice
   450 Golden Gate Avenue
4  Box 36046, Room 10-0101
   San Francisco, CA 94102
5  Telephone: (415) 436-6660

6  Attorneys for the United States

7

8                          UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10                           SAN FRANCISCO DIVISION
11

12  UNITED STATES OF AMERICA,           )    No. CR 07-0765 PJH
                                        )
13              Plaintiff,              )    UNSEALING ORDER
                                        )
14                                      )
                                        )
15      v.                              )
                                        )
        MICHAEL BEKER, a.k.a.           )
16      Mikhail Lvovich, a.k.a. Mendel Beker, )
        ARIE PRILIK and                 )
17      NEWCON INTERNATIONAL LTD.        )
                                        )
18              Defendants.             )
                                        )
19  _____    )

20      Based upon the motion of the government and for good cause shown, IT IS HEREBY

21  ORDERED that the Indictment and Arrest Warrants in this matter shall be unsealed.

22

23  DATED: 4/15/08

                                Honorable Phyllis L. Hamilton
24                              United States District Court Judge

25

26

27

28

