FILED

MAY 23 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0765 PJH |
| Plaintiff, | [PROPOSED] ORDER TO REDACT PORTIONS OF THE INDICTMENT AND UNSEAL _U.S. v. MENDEL BEKER, et al_ |
| v. | |
| MICHAEL BEKER, a.k.a. Mikhail Lvovich, a.k.a. Mendel Beker, ARIE PRILIK and NEWCON INTERNATIONAL LTD. | |
| Defendants. | |

Based upon the motion of the government and for good cause shown, IT IS HEREBY

ORDERED:

1) That all bank account numbers be redacted from the Indictment that is made available to the

public in the Court Clerk's Office, as shown in the attached Indictment;

2) That the attached corrected arrest warrant for defendant Arie Prilik be signed; and

3) The criminal case United States of America v. Mendel Beker, a.k.a. Mikhail Lvovich, a.k.a.,

Michael Beker, Arie Prilik and Newcon International Ltd. (CR 07-0765 PJH) be unsealed.

DATED: _____

Honorable Phyllis J. Hamilton
United States District Court Judge